Dismissed and
Memorandum Opinion filed August 12, 2010.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-88-00500-CV

____________

 

ERNEST PHILLIPS AND SEARAIL, INC, Appellants

 

V.

 

TERRY CALHOUN AND DONNA CALHOUN, Appellees

 

 

 

 



On Appeal from the 55th District Court

Harris County, Texas

Trial Court Cause No. 85-60442

 

 

 



MEMORANDUM
OPINION

            This is an appeal from a judgment signed April 11, 1988.  On April
20, 1989, this court abated the appeal because appellant, Searail, Inc.,
petitioned for voluntary bankruptcy in the United States Bankruptcy Court for
the Southern District of Texas, under cause number 88-01488.  See Tex.
R. App. P. 8.2.  This appeal has
been abated and treated as a closed case since April 20, 1989.  The court has
not been advised that any party wishes to reinstate the appeal.  

            On July 8, 2010, this court notified the parties that unless
any party to the appeal filed a motion demonstrating good cause to retain the
appeal on or before July 23, 2010, this appeal would be dismissed for want of
prosecution.  See Tex. R. App. P. 42.3(b).  No response was filed.  

            Accordingly, we reinstate the appeal and order it dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices
Anderson, Frost, and Brown.